**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PIERRE L. O'BANNON,<br><br>      Petitioner,<br><br>      v.<br><br>STATE OF CALIFORNIA,<br><br>      Respondent. | No. 2:23-cv-01737-JWH-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION/** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections were filed to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.     The Report and Recommendation is accepted.

2.     Judgment shall be entered consistent with this Order.

3.     The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED:   December 7, 2023

_____

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE