JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

PIERRE L. O'BANNON,

    Petitioner,

v.

STATE OF CALIFORNIA,

    Respondent.

No. 2:23-cv-01737-JWH-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice as unexhausted, and for failure to prosecute and to follow court orders.

DATED: December 7, 2023

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE